UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT L. SPRAGUE,            )
    Plaintiff,            )
                                    )      No. 1:12-cv-978
-v-                           )
                                      )      HONORABLE PAUL L. MALONEY
WILLIAM BAILLARGEON,          )
    Defendant.            )
_____)

## **JUDGMENT**

    Having dismissed Plaintiff's complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant William Baillargeon and against Plaintiff Albert L. Sprague.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**


Date:  November 20, 2012                 /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge