UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT L. SPRAGUE,         )<br>         Plaintiff,         )<br>                                        )<br>-v-                                    )<br>                                        )<br>WILLIAM BAILLARGEON,  )<br>         Defendant.         )<br>_____) | No. 1:12-cv-978<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having dismissed Plaintiff's complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant William Baillargeon and against Plaintiff Albert L. Sprague.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   November 20, 2012                    /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    Chief United States District Judge